UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ANONYMOUS,

                Plaintiff,

                                        13 Civ. 2927 (RWS)

- against -

                                            O R D E R

ARNOLD H. SIMON,

                Defendant.

------------------------------------------X

**Sweet, D.J.**

The Defendant's motion to dismiss will be heard at noon on Wednesday, January 22, 2014, in Courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

**New York, NY**
**November 18, 2013**

                                            ROBERT W. SWEET
                                                U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/13